**AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT**

I, Peter J. Mauro, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, Akron Resident Agency, being duly sworn, depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2.      I have been employed by the FBI as a Special Agent since August of 2009 and I am currently assigned to the Cleveland division, Akron Resident Agency. I oversee the Cleveland Division Child Exploitation Task Force for the counties of Summit, Portage and Medina. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations. I am an FBI certified Computer Analysis Response Team (CART) Technician, and an FBI Digital Extraction Technician (DExT). I am the Senior Team Leader of the Cleveland Division's Evidence Response Team (ERT) specializing in advanced evidence collection techniques including but not limited to trace evidence, DNA, digital evidence, bullet trajectory, post-blast,

–1–

etc. Prior to the FBI, I enlisted in the United States Air Force where I attained the rank of Staff Sergeant. I hold an associate's degree in criminal justice, a bachelor's degree in psychology, and a master's degree in criminal justice.

3. Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children. These crimes resulted in subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to Joshua Paul Whan (hereafter referred to as "Whan"), date of birth November XX, 1992 (redacted) has received, possessed, and distributed child pornography, in violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).

5. The statements in this affidavit are based on my experience and training as well as on information obtained by me through investigative observations and conversations with other FBI agents, Officers from other state and federal law enforcement agencies, specifically the Streetsboro Police Department, the issuance of grand jury and administrative subpoenas, commercial and government database examinations, social media exploitation, a federal search warrant executed on the residence, person, and vehicle of Whan, other authorized investigative means, and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6. On or about February 13, 2026, Sergeant Stanley Siedlecki, #506 of the Streetsboro Police Department (SPD) notified the Akron FBI that Whan, residing in an apartment in Kent, Ohio located at XXXX Chippewa Place, Kent, Ohio (redacted), was suspected of receipt, distribution, and possession of

–2–

child sexual abuse material (CSAM) via an identified secure file sharing and social media application[1] using display name "Gaymer94" and user ID "SSP2MFYQG".

7. On or about February 13, 2026, I reviewed the SPD case. Sergeant Siedlecki indicated that on or about June 30, 2025, he was monitoring an undercover police profile on the website Sniffies[2.] A user profile on the website (user ID 685242e269a16df6607ba309) had the following in the "about me" section of the online profile: ""No limits - open minded - team 94" followed by 5 emojis (cyclone/swirl, football, pizza slice, dog face, fortune cookie). Based on my training and experience, the cyclone/swirl emoji is used online as a reference of being attracted to minors. A face emoji with the cyclone/swirl's as eyes is also used. The pizza slice is a reference to the rumor of child sex trafficking at a pizza restaurant in Washington DC. This conspiracy theory became known as "Pizzagate" and was covered by news media. Also, an emoji of cheese pizza is used online to reference child pornography since both words start with C and P. CP is known online as child pornography. The dog face and fortune cookie are references to beastiality, sexual activity with animals. The fortune cookie is a reference to a dog's vagina.

8. Based on my training and experience, I am familiar with the terms "no limits" and "open minded" being key words used online regarding the sexual exploitation of minors.

---

1The identified application's name is being withheld since the application is prolifically known in the world of child pornography to be used for the receipt, distribution, transportation and possession of CSAM. The application is a privacy-focused messaging app that uses end-to-end encryption to protect chats, calls, and shared files. It requires minimal personal data to register (no phone number), stores little to no metadata, and is designed for anonymous, secure communication. Since the application is still used by child pornographers, the name has been removed.

2 Sniffies is a gay dating and hookup application that is sometimes used by those trying to entice children into sexual rendezvous.

9.      Sergeant Siedlecki learned based on previous experience working these types of cases that the term "team 94" is a reference to a male, Matthew Estes, who created a video of himself engaging in sexual activity with a 16-month-old baby[3].

10.      The location of this profile on Sniffies, user ID 685242e269a16df6607ba309, was in the area of Sunnybrook Rd between Shawnee Dr and Indian Valley Dr in Kent, Ohio.

11.      The profile had three images displayed for other users to view:

   a. A laptop computer on a coffee table. The computer is open with media on the display monitor. A male in the media appears to be Matthew Estes. An erect penis of a white male is ejaculating in front of the laptop computer. There is a green and white checkered blanket next to the coffee table.

   b. A laptop computer on a coffee table in a dark room. The computer is open with media on the display monitor. A male in the media appears to be Matthew Estes. An erect penis of a white male is ejaculating in front of the laptop computer.

   c. A laptop computer on a blanket. The computer is open with media on the display monitor. The media appears to be the same from the other two profile images. An erect penis of a white male is ejaculating in front of the laptop computer.

12.      On or about June 30, 2025, Sergeant Siedlecki initiated contact with the Sniffies profile User ID 685242e269a16df6607ba309 using a police undercover Sniffies account.

---

3 United States District Court, Tennessee Eastern 3:23cr102, USA v. Estes-TV2, Estes was sentenced to 720 months for violating 18 U.S.C. 2251(a) -Production of Child Pornography with Forfeiture Allegations.

13.     On or about July 1, 2025, Sniffies user ID 685242e269a16df6607ba309 sent Sergeant Siedlecki the following message that contained the user's user ID for the identified chat application: "SSP 2 MF Y QG".

14.     Sergeant Siedlecki added the user ID "SSP2MFYQG" to a police undercover account on the identified chat application. Once added, Sergeant Siedlecki could see this user's display name was "Gaymer94".

15.     On or about July 4, 2025, Sergeant Siedlecki noticed the profile on Sniffies, user ID 685242e269a16df6607ba309 was gone and a similar profile, user ID 68647343f3963e567cccf563, was now active.

16.     The Sniffies profile user ID 68647343f3963e567cccf563 showed in the area of Sunnybrook Rd and Meloy Rd in Kent, OH, which is in the same area as the first profile (user ID 685242e269a16df6607ba309).

17.     The Sniffies profile user ID 68647343f3963e567cccf563, had the following in the "about me" section of the online profile: "No limits - team 94 - Open Minded" followed by 5 emojis (cyclone/swirl, pizza slice, football, dog face, fortune cookie).

18.     The profile had three images displayed for other users to view.  Each image shows an erect penis ejaculating and a computer in the background with media display on the scene. The male on the computer screen appears to be Matthew Estes.

19.     On or about July 4, 2025, Sergeant Siedlecki initiated contact with user ID 68647343f3963e567cccf563 on Sniffies from a police undercover account. Messages were exchanged about moving the conversation to the identified chat application discussed above.

–5–

20.     On or about July 5, 2025, on the identified chat application, user SSP2MFYQG sent the message "Hey how's it going man?" to Sergeant Siedlecki's undercover account. Sergeant Siedlecki replied, "good u". User SSP2MFYQG sent the messages "Horny af for kids tbh lol", "Matt with that baby is the best fuck ever, it's so hot", "I'll send it over", and "I cum to that fuck more than any other. Love seeing his massive cock go in balls deep". I know "horny af for kids thb lol" means, "horny as fuck for kids to be honest, laugh out loud".

21.     On or about July 5, 2025, the identified chat application user SSP2MFYQG sent Sergeant Siedlecki a five minute and twelve second color video with sound, file titled, "5d65f8d0-bb26-11ef-8a05-bd3e94785cd5", depicting an approximately 16-month-old nude prepubescent baby boy. An adult male puts his erect penis into the baby's anus. This occurs on a bed. The baby is seen and heard screaming. The adult male uses wipes to clean the baby's anus once he removes his penis. The adult male appears to be Matthew Estes.

22.     Video file titled, "5d65f8d0-bb26-11ef-8a05-bd3e94785cd5" appears to be the same media that is displayed on the laptop computer monitor in the profile pictures on Sniffies for user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563.

23.     On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a fifty-nine second color video with sound, file titled, "6ab50080-0b58-11f0-b834-6fa2620cada0", which depicts an approximately 10-year-old nude prepubescent boy. The boy is naked and laying on a blanket with his buttocks visible. An adult male is putting is erect penis inside the boy's anus while the boy is performing oral sex on a different adult male's erect penis. One adult male is speaking English. He says "good boy", "taking care of both of your Dads at one time", and "we love you so much buddy".

24.     Sergeant Siedlecki sent identified chat application user SSP2MFYQG the message "ur the best" and user SSP2MFYQG replied "Hell yeah man, no guy should have to go without kid porn lol".

25.     Sergeant Siedlecki sent identified chat application user SSP2MFYQG the message "u in kent im in Streetsboro" and user SSP2MFYQG replied "Yeah I'm in Kent here".  Both Kent and Streetsboro are cities in Portage County, Ohio, located in the Northern District of Ohio, Eastern Division.

26.     On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a three minute and fifty-seven second color video without sound, file titled, "dd035bb0-5125-11f0-964c-93871f9c6593", depicts an approximately 10-year-old prepubescent boy laying on top of an adult male on a bed. The boy and adult male are naked. The boy's buttocks, anus, and penis are visible in the video. The adult male has a white towel over the upper half of his body. The boy performs oral sex on the male's erect penis.

27.     On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a thirty-four second color video with sound, file titled, "10a7f960-1113-11f0-b0da-1f0883e7da3b", depicts an approximately 12-year-old pubescent boy who is shirtless and performing oral sex on another approximately 12-year-old pubescent boy. One of the boys' penis is visible in the video. One boy ejaculates into the other boy's mouth. The boy opens his mouth while looking at the camera and spits the semen out of his mouth. A graphic at the bottom of the video is a red block with white letters that reads "KIDCRAZY" in English.

28.     On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a fifty-five second color video with sound, file titled, "146c9a40-fe82-11ef-bd58-ef1d6014b1b4", depicts an approximately 10-year-old prepubescent boy shirtless in a bedroom. He says "Can you close the door on your way out please Kaylin". The boy then says "are you ready" and

–7–

"should I put this somewhere" and "here Dad what do you think is a good angle to set the camera down would be like right here". The boy is holding a video recording device moving around a bedroom. The video then shows a naked adult male laying on the bed and the boy on top of him also naked. The boy's anus and buttocks are visible in the video. The boy is facing away from the camera. The adult male is having anal sex with the boy by putting his erect penis into the boy's anus. The boy can be heard whimpering. The audio stops in the final seconds of the video.

29. On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a one minute and twenty-one second color video with sound, file titled, "f25661a0-fe79-11ef-8cc8-61e36be3cf88", that depicts an approximately 10-year-old prepubescent boy sitting on the edge of the bed. The boy is naked, and his penis is visible. He is wearing a black hood with a hole cut out around his mouth. His arms are secured behind his back with black straps. An adult male is standing next to the boy forcing him to perform oral sex on his erect penis. The video then shows the adult male sitting on the bed while he holds the boy's head forcing the boy to continue to perform oral sex. The boy can be heard whimpering. The video then shows the boy facing away from the camera with his anus and penis visible. His head is on bed while his buttock is raised up. His left wrist is strapped to his left ankle, and his right wrist is strapped to his right ankle. The adult male is putting his erect penis into the boy's anus. The video then shows the same activity, but the boy is now on his back. He continues to whimper. The video then shows the boy face down on the bed while the male continues to anally penetrate him. The boy's wrists and ankles are no longer strapped together. There is a blurred area of the video to hide the adult male's face. The adult male ejaculates into the boy's anus while the boy flinches and whimpers. The video then shows the boys anus with semen around it.

–8–

30. On or about July 5, 2025, identified chat application user SSP2MFYQG sent Sergeant Siedlecki a two minute and fifteen second color video with sound, file titled, "0fbbb600-fe7a-11ef-95cf-d35fb734570", depicts an approximately 10-year-old nude prepubescent boy. The boy is on a bed on his hands and knees. An adult male is putting his erect penis in the boy's anus while the boy performs oral sex on a different adult male's erect penis. The boy's penis and buttocks are visible during the video.

31. A Portage County Grand Jury subpoena sent to Sniffies on or around July 7, 2025 for user and subscriber information on user ID 685242e269a16df6607ba309 and a response from Sniffies was received on or around August 7, 2025. The email address used to create the account was x94gaymer@outlook.com. The last recorded IP address used by the user to access this account was 216.39.248.184. Messages between user ID 685242e269a16df6607ba309 and other users on Sniffies were also included.

32. The IP address 216.39.248.184 is registered to the company GlobalTeleHost Corp which hosts virtual private servers[4].

---

4 Virtual Private Servers, or Virtual Private Networks are private servers operated by companies that allow a user to hide or obfuscate their web traffic by sending their web traffic through an intermediary point. By issuing a subpoena on the user's IP address when using a VPN, only the VPN service company is produced, not the user, hiding their true identity. See the graphic here:



33.     In the subpoena response for the Sniffies user ID 685242e269a16df6607ba309, the message ""Sherlockhomo22 is my snap" is sent from user ID 685242e269a16df6607ba309 to another Sniffies user on or around June 30, 2025.

34.     On the Snapchat application, the username "Sherlockhomo22" is the username for a profile with the name of "Josh" displayed as well as a plant and video game controller emoji. The cartoon character of "Josh" appeared to be a white male with long brown hair, facial stubble, and green earrings. Here is the Ohio Bureau of Motor Vehicles image for Whan and the avatar from Snapchat, showing common similarities:



*Snapchat Avatar*



*Whan BMV image*

35.     On the Venmo application, the username "Sherlockhomo22" is the username for an account under the name Josh Whan. A picture of a white male's face is also posted on the account.

36.     On the TikTok application, the username "Sherlockhomo22" is the username for an account under the name Josh Whan. A picture of a while male's face is also posted on the account.

–10–

37.     Joshua Paul Whan was found through Ohio Law Enforcement Automated Data System (LEADS) and Ohio Law Enforcement Gateway (OHLEG) with the address XXXX Chippewa Pl, Kent, OH 44240 (redacted).

38.     The location of the user ID 685242e269a16df6607ba309 profile on Sniffies was in the area of Sunnybrook Rd between Shawnee Dr and Indian Valley Dr in Kent, Ohio which is approximately 495 ft from XXXX Chippewa Pl, Kent, Ohio 44240 (redacted).

39.     The location of user ID 68647343f3963e567cccf563 profile on Sniffies was in the area of Sunnybrook Rd and Meloy Rd in Kent, Ohio which is approximately 473 ft from XXXX Chippewa Pl, Kent, Ohio 44240 (redacted).

40.     A security and safety setting for users of Sniffies is that users can set their profile to show near their actual location and not their exact location. Sergeant Siedlecki's knows from his experience using Sniffies for undercover operations that a user's profile will not show farther than 500 ft of the user's actual location.

41.     Whan's picture in OHLEG, captured on December 27, 2021, shows him with long hair and green earrings, like the cartoon profile picture of "Sherlockhomo22" on Snapchat.

42.     The image of the white male on the Venmo application with the username "Sherlockhomo22" and the image of the white male on the TikTok application with the username "Sherlockhomo22" appears to be Whan based on a comparison to his Ohio Bureau of Motor Vehicles image.

43.     A Portage County Grand Jury subpoena was sent to Snapchat on or around August 20, 2025, for subscriber information of the account "sherlockhomo22". Snapchat responded on or around August 23, 2025 and provided an email attached to the account, jwhan@yahoo.com, a prior username,

−11−

jwhan22, a phone number attached to the account, (330) 646 8320, the electronic device accessing the account, an Apple iPhone 16, and an IP address used to access the account on June 30, 2025, 38.128.66.251.

44.     The IP address 38.128.66.251 is registered to GlobalTeleHost Corp, a VPN company.

45.     On or around February 3, 2026, a profile on Sniffies, user ID 696c76f70b9bce15d1241bea, showed in the area of Sunnybrook Rd and Pawnee Pl, the same area as user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563. The "about me" section of this profile on Sniffies had the following posted, "NL. 94. Open Minded. Beast. Like Minded guys hmu. Kink af. Popperbator." The profile picture is a white male wearing a long sleeve green shirt on a bed with green sheets. The male is nude at his waist. There is a graphic over his crotch. The graphic is the word "Like" with a thumbs up after it. There are 2 other profile picture images that were not visible to Sergeant Siedlecki due to the Ohio age verification requirement.

46.     On or around February 3, 2026 Sergeant Siedlecki messaged the Sniffies profile user ID 696c76f70b9bce15d1241bea from a police undercover Sniffies account. The sent message was "nice profile". The user replied to Sergeant Siedlecki "Hell yeah man, there's nothing better to cum to imo". Sergeant Siedlecki replied "i wish i could find the matt video" to which the user sent "Yeah he pounds that hole so fucking good, it's so sexy".

47.     On or around February 9, 2026, the Sniffies profile user ID 696c76f70b9bce15d1241bea showed a distance of 884.75 miles away from the location of Seargeant Siedlecki's police undercover profile in Streetsboro, Ohio.

48.     On or around February 9, 2026, Sergeant Siedlecki sent the message "oh shit ur so far away" to the Sniffies profile user ID 696c76f70b9bce15d1241bea. The user replied, "Yeah I'm on

–12–

vacation atm lol". Sergeant Siedlecki sent "that's cool! Where did u go off to" and the user replied "Disney world! Getting to check out all the hot kxds while walking the parks". I believe Whan's post contained a typographical error and was supposed to say, "Disney World! Getting to check out all the hot kids while walking the parks."

49.     Sergeant Siedlecki used the measuring tool on Google Maps to measure approximately 884 miles from the location of the police undercover profile, 9783 OH-14, Streetsboro, Ohio, to the area of Disney World in Orlando, Florida.

50.     On or around February 12, 2026, Sergeant Siedlecki, using a police undercover profile on the Grindr application, used the "explore" feature to view user profiles on Grindr in the area of Disney World in Orlando, Florida approximately 884 miles away from 9783 OH-14, Streetsboro, Ohio, the address of the Streetsboro Police Department, where Sergeant Siedlecki was located at the time of the search.

51.     Sergeant Siedlecki found a profile on the Grindr application with the display name "Josh" followed by a video game controller, potted plant, and swirl/cyclone emoji. The user's displayed age is 32, height 5'10", and weight 220lbs. The profile had four images displayed; each one appears to be of Whan with his face visible.

52.     On or around February 12, 2026, Sergeant Siedlecki sent a message to the "Josh" profile on the Grindr application from a police undercover profile.

53.     On or around February 12, 2026, Sergeant Siedlecki received eight images from the "Josh" profile. The images do not show the face of the male. The images are nude images of the same Caucasian male with his penis and buttocks visible.

–13–

54.     In the fourth image received, the male is sitting on a grey couch with a green and white checkered blanket on the couch. The blanket matches a blanket in the profile images on the Sniffies profile user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563.

55.     In the fifth image received, the male is on his elbows and knees facing away from the camera with his buttocks visible on a grey couch next to a brown wood coffee table. This brown wood coffee table matches the coffee table in the profile images on the Sniffies profile user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563.

56.     In the seventh image received, the male is facing the camera with his penis exposed sitting on a grey couch next to a brown wood coffee table. This brown wood coffee table matches the coffee table in the profile images on the Sniffies profile user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563.

57.     In the eighth image received, the male is facing the camera with his penis exposed standing in front of a grey couch next to a brown wood coffee table. The green and white checkered blanket is on the couch. This brown wood coffee table and blanket match the coffee table and blanket in the profile images on the Sniffies profile user ID 685242e269a16df6607ba309 and user ID 68647343f3963e567cccf563.

58.     On or about March 5, 2026 Special Agents and Task Force Officers of the Akron FBI with the assistance of sworn officers from the Streetsboro Police Department, Kent, Police Department, and Portage County Sheriff's Office executed federal search warrants related to Child Pornography on Whan's person, vehicle, and residence. During the search, I conducted a preliminary examination of digital evidence recovered from the search locations. I found a light blue PNY 16GB thumb drive in Whan's upstairs computer room. I searched the device using a write-blocker and discovered approximately 50 files

–14–

of CSAM, some of which I have seen before in other CSAM investigations. I took a picture of the thumb drive and sent it to Task Force Officer Nicholas Deserio who was interviewing Whan. Whan confirm it was his.

59. A representative sample of the CSAM found on the thumb drive identified the following file:

60. A 33-second color video titled, "kauze 8 yo suck 13 brother latino" that depicts an approximately eight-year-old prepubescent boy in his underwear. The boy is performing fellatio on another boy who is approximately 13-years-old. The 13-year-old boy has his erect penis out of his pants and the younger boy is putting the penis in his mouth. I know based on my training and experience, "yo" means years old.

61. Contemporaneous to the execution of the search warrants, Whan was interviewed by Sergeant Siedlecki and TFO Deserio, where he was advised of his Miranda rights. Whan told the interviewers that the blue thumb drive described above was his. Whan told the interviewers that he began to regularly consume child pornography when he was approximately 19 years old, he is 33 now. Whan admitted to engaging in the conduct on chatting applications, on his phone as detailed above.

62. Whan acknowledged that the above described Sniffies accounts were his, and stated that he took the profile picture of himself that he used on the Sniffies account, which depicted Whan masturbating to CSAM.

63. Whan also admitted that he is the individual using the "Gaymer94 account described above. This is the account which sent child pornography to the undercover officer as described in Paragraphs 21-23.

## CONCLUSION

64.  Based on the above information, probable cause exists that Joshua Whan has violated 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT

Peter J. Mauro, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 5th day of March, 2026.

Carmen E. Henderson, United States Magistrate Judge

–16–